822 A.2d 600

IN THE MATTER OF THOMAS F. MILITANO, AN ATTORNEY AT LAW (ATTORNEY NO. 022581991).

May 21, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–350, concluding that **THOMAS F. MILITANO** of **NEWTON**, who was admitted to the bar of this State in 1991, should be reprimanded for violating *RPC* 5.5(a) (failure to maintain a *bona fide* office) and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities);

And the Court having determined from its review of the record that a period of supervised practice is warranted;

And good cause appearing;

It is ORDERED that **THOMAS F. MILITANO** is hereby reprimanded; and it is further

ORDERED that respondent shall practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of two years and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.